No. 36. JOHN R. GREENLEES, PLAINTIFF IN ERROR, *v.* FRED L. MORRIS. In error to the Supreme Court of the State of Kansas. Submitted October 25, 1915. Decided November 1, 1915. *Per Curiam.* Judgment reversed with costs and cause remanded for further proceedings upon the authority of *Mullen* v. *United States*, 224 U. S. 448; *Skelton* v. *Dill*, 235 U. S. 206; *Adkins* v. *Arnold*, 235 U. S. 417. *Mr. C. A. Magaw* for the plaintiff in error. *Mr. John F. Switzer* and *Mr. Charles Blood Smith* for the defendant in error.

---

No. 29. THE PETERBOROUGH RAILROAD, APPELLANT, *v.* BOSTON & MAINE RAILROAD ET AL. Appeal from the District Court of the United States for the District of New Hampshire. Argued and submitted October 26, 1915. Decided November 1, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Carey* v. *Houston & Texas Central Ry.*, 150 U. S. 170; *Cornell* v. *Green*, 163 U. S. 75; *Empire State-Idaho Mining &c. Co.* v. *Hanley*, 205 U. S. 225; *Childers* v. *McClaughry*, 216 U. S. 139. *Mr. Henry A. Cutter* for the appellant. *Mr. Edgar J. Rich* and *Mr. Archibald R. Tisdale* for the appellees.